**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

RIDWANE MOURMOUNI and ISSIFI KALIKOYE,

            Plaintiffs,

           -against-

PERMANENT MISSION OF THE REPUBLIC OF SOUTH SUDAN TO THE UNITED NATIONS,

           Defendant.

------------------------------------------------------------x

20-CV-3603 (JPO) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Call on March 30, 2022 at 3:00 p.m. with Plaintiffs only.** The dial in information is (866) 390-1828, access code 1582687.

The Court will hold a **Pre-Settlement Conference Call on March 30, 2022 at 4:00 p.m. with Defendant only.** The dial in information is (866) 390-1828, access code 1582687.

Defendant is directed to mail and email a copy of this Order to the *pro se* Plaintiffs and file proof of service on the docket by **February 23, 2022.**

        SO ORDERED.

Dated: February 17, 2022
       New York, New York

                                   *s/ Ona T. Wang*
                                   **Ona T. Wang**
                                   United States Magistrate Judge