UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
RIDWANE MOURMOUNI and ISSIFI KALIKOYE,

        Plaintiffs,

        -against-

PERMANENT MISSION OF THE REPUBLIC OF
SOUTH SUDAN TO THE UNITED NATIONS,

        Defendant.
---------------------------------------------------------------x

20-CV-3603 (OTW)

**ORDER OF DISMISSAL**

**ONA T. WANG, United States Magistrate Judge:**

Based on the settlement agreement reached by the parties and transcribed by the court reporter on May 10, 2022, **IT IS HEREBY ORDERED THAT** this action is dismissed with prejudice and without costs provided, however, that the Court retains jurisdiction pursuant to the terms of the settlement agreement. Any pending motions are to be terminated as moot and all conferences are cancelled. For the reasons stated on the transcript, the Court finds the settlement to be fair and reasonable to the Plaintiffs under the decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2nd Cir. 2015). The Clerk is directed to close the docket in this matter.

    **SO ORDERED.**

    Dated: New York, New York
           May 10, 2022

                                            _s/ Ona T. Wang_
                                            **Ona T. Wang**
                                            United States Magistrate Judge